IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARTHUR BERRY, #1603766 and #369410<br>    Plaintiff, | § § § | |
| v. | § § | CIVIL NO. 3:16-CV-2735-N-BK |
| BRIAN SCOTT EVERITT, et al.,<br>    Defendants. | § § § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's motions to proceed *in forma pauperis* [Doc. 4] is **DENIED**, and that this action is **DISMISSED** as barred by the three-strike provision of 28 U.S.C. § 1915(g).

SO ORDERED this 4th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE